IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AICHA HAMADOU, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 20-2755 |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 23rd day of August, 2021, upon consideration of Plaintiff's Motion for Summary Judgment and Request for Review (Doc. No. 15) and Defendant's Response thereto (Doc. No. 16), IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment and Request for Review is DENIED and DISMISSED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:


*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE